IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:24cr493-MHT
                            )             (WO)
RYAN O'BRIAN RICHARDS       )
```

## ORDER

Upon consideration of the government's motion to dismiss the indictment (Doc. 13), which the court construes as containing both motion for leave of court to dismiss the indictment and as a dismissal pursuant Federal Rule of Criminal Procedure 48(a), it is ORDERED AND ADJUDGED that:

(1) The motion for leave to dismiss the indictment is granted.

(2) The indictment (Doc. 1) is dismissed without prejudice.

(3) Defendant Ryan O'Brian Richards is discharged.

DONE, this the 24th day of January, 2025.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE